IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

STEVEN WAYNE FELDMANN,

                 Plaintiff,

  v.

STATE OF WISCONSIN,
STATE CAPITOL POLICE and
STEVEN C. FELDMANN,

                 Defendants.

ORDER

13-cv-154-wmc

_____

      Plaintiff Steven Feldmann, an inmate at the Dane County Jail in Madison, Wisconsin, has submitted a proposed complaint. He requests leave to proceed *in forma pauperis*. A decision on the request will be delayed until plaintiff pays an initial partial payment of the $350 filing fee as required by 28 U.S.C. § 1915(b) and the 1996 Prison Litigation Reform Act. Plaintiff's initial partial payment cannot be calculated at this time because he has not submitted a six-month inmate account statement with his complaint.

      Plaintiff's complaint was filed on February 27, 2013. Because plaintiff may not have been incarcerated for the entire six-month period preceding the filing of his complaint, he should provide an inmate account statement that covers the period beginning with the date he was incarcerated and ending approximately February 27, 2013. Once plaintiff has submitted the necessary inmate account statement, I will calculate his initial partial payment and advise him of the amount he will have to pay before the court can screen the merits of his complaint under § 1915(e)(2). Plaintiff should show a copy of this order to jail officials to insure that they are aware they should send a copy of plaintiff's account statement to this court.

ORDER

IT IS ORDERED that plaintiff Steven Feldmann may have until March 28, 2013, in which to submit a certified copy of his inmate account statement for the period beginning the start date of his incarceration and ending approximately February 27, 2013. If, by March 28, 2012, plaintiff fails to respond to this order, I will assume that he wishes to withdraw this action voluntarily. In that event, the clerk of court is directed to close this case without prejudice to plaintiff's filing his case at a later date.

Entered this 5th day of March, 2013.

BY THE COURT:

*s/ Peter Oppeneer*
PETER OPPENEER
Magistrate Judge