IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

STEVEN WAYNE FELDMANN,

                        ORDER

              Plaintiff,

v.                                                                   13-cv-154-wmc

STATE OF WISCONSIN,
STATE CAPITOL POLICE and
STEVEN C. FELDMANN,

              Defendants.
_____

       In response to an order entered in this case on March 5, 2013, plaintiff Steven Feldmann has submitted a inmate account statement for the period of his incarceration immediately preceding the filing of the complaint. From this statement, I conclude that plaintiff has the means to prepay a portion of the filing fee in the amount of $24.48. Plaintiff is advised that he must pay the remainder of the fee in monthly installments even if his request for leave to proceed is denied. Plaintiff should show a copy of this order to jail officials to insure that they are aware they should send plaintiff's initial partial payment to this court.

ORDER

       IT IS ORDERED that plaintiff is assessed $24.48 as an initial partial payment of the $350 fee for filing this case. He is to submit a check or money order made payable to the clerk of court in the amount of $24.48 on or before April 8, 2013. If, by April 8, 2013, plaintiff fails to make the initial partial payment or show cause for his failure to do so, he will be held to have withdrawn this action voluntarily. In that event, the clerk of court is directed to close this file without prejudice to plaintiff's filing his case at a later date.

Entered this 15th day of March, 2013.

                BY THE COURT:

                *s/ Peter Oppeneer*
                PETER OPPENEER
                Magistrate Judge